AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION |

**OFFENSE CHARGED**

1. 18 U.S.C. 1001(a)(3) Use of a False Document
2. 18 U.S.C. 1028A(a)(1) Aggravated Identity Theft
3. 18 U.S.C. 1036 Attempted Entry into Secure Area of an Airport

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
1. 5 years imprisonment, $250,000 fine, 3 years supervised release
2. 2 years imprisonment (mandatory minimum & consecutive), $250,000 fine, 1 year supervised release
3. 6 mos. imprisonment, $5,000 fine, 1 year supervised release

**DEFENDANT - U.S**

▶ CLARENCE RUSTY TOMLIN

DISTRICT COURT NUMBER

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FBI, Special Agent Peter Adduci

☒ person is awaiting trial in another Federal or State Court, give name of court

San Mateo County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Owen Martikan

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction    ☐ Federal ☐ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
San Mateo County Jail

Has detainer been filed?  ☐ Yes   If "Yes" give date filed _____
                         ☐ No

DATE OF ARREST ▶ Month/Day/Year  April 25, 2008

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

v.

CLARENCE RUSTY TOMLIN

DEFENDANT.

---

# INDICTMENT

Title 18, U.S.C. § 1001(a)(3) - Use of False Document
Title 18, U.S.C. § 1028A(a)(1) - Aggravated Identity Theft
Title 18, U.S.C. §1036 - Attempted Entry of Secure Airport Area by False Pretenses

---

*INDICT*

A true bill.

_____
Foreman

Filed in open court this 29 day of MAY 2008

_____
Clerk

BETTY FONG

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Bail, $
No Bail Warrant

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   Attorney for Plaintiff
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,          )  Criminal No.:
                                       )  CR 08        0358
12        Plaintiff,                   )
                                       )
13                                     )  VIOLATIONS: 18 U.S.C. § 1001(a)(3) – Use
          v.                           )  of False Document; 18 U.S.C. § 1028A(a)(1) –
14                                     )  Aggravated Identity Theft; 18 U.S.C. § 1036 –
                                       )  Attempted Entry of Secure Airport Area by
15                                     )  False Pretenses
    CLARENCE RUSTY TOMLIN,             )
16                                     )
                                       )  SAN FRANCISCO VENUE
17        Defendant.                   )
                                       )
18  _____

19                                  I N D I C T M E N T

20  The Grand Jury charges:

21  COUNT ONE:

22  18 U.S.C. § 1001(a)(3) – Use of False Document

23        On or about April 25, 2008, in the Northern District of California, in a matter within the

24  jurisdiction of the Transportation Security Administration, an agency of the United States, the

25  defendant,

26                              CLARENCE RUSTY TOMLIN,

27  did knowingly and willfully make and use a material false writing and document by presenting to

28  a Transportation Security Administration security screener a California Driver's License bearing

    INDICTMENT

the name "D. J.," knowing the same to bear a materially false, fictitious and fraudulent statement and entry, in violation of Title 18, United States Code, Section 1001(a)(3).

COUNT TWO:        18 U.S.C. § 1028A(a)1) – Aggravated Identity Theft

On or about April 25, 2008, in the Northern District of California, the defendant,

CLARENCE RUSTY TOMLIN,

did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1001(a)(3), as alleged in Count One, in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT THREE:    18 U.S.C. § 1036 – Attempted Entry of Secure Airport Area by False Pretenses

On or about April 25, 2008, in the Northern District of California, the defendant,

CLARENCE RUSTY TOMLIN,

did by fraud and false pretenses, enter and attempt to enter a secure area of San Francisco International Airport, an airport, in violation of Title 18, United States Code, Section 1036.

DATED: 5-29-08

A TRUE BILL.

*[signature]*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: *[signature]* )
AUSA MARTIKAN

INDICTMENT                                2