UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

| | |
|---|---|
| **Date:** June 4, 2008 | **JUDGE:** Phyllis J. Hamilton |

**Case No:** CR-08-358 PJH

**Case Name:** UNITED STATES v. CLARENCE R. TOMLIN (Present)

**Attorney for Plaintiff:** Erika Frick for Owen Martikin
**Attorney for Defendant:** Barry Portman

| | |
|---|---|
| **Deputy Clerk:** Nichole Heuerman | **Court Reporter:** Kelly Bryce |

**PROCEEDINGS**

    Trial Setting-Held.  The parties update the court regarding discovery.  The parties request to continue the matter until 7/2/08 is granted by the court.  Time is excluded from 6/4/08 to 7/2/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** July 2, 2008 at 2:30 p.m. for Trial Setting.

-----------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 6/4/08 Ends 7/2/08
-----------------------------------------------------------------------------------------------------------------

**cc:**   chambers