## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Bernard Zimmerman<br>U.S. Magistrate Judge | **RE:** | Clarence Rusty Tomlin |
| **FROM:** | Richard W. Wieking, Acting Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR 08-0358 PJH |
| **DATE:** | June 17, 2008 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                                                             415-436-7508
**U.S. PRETRIAL SERVICES OFFICER**                      **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on June 30 at 10 am.

☒ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____                    _____
JUDICIAL OFFICER                                                                           DATE 26 June 08

Cover Sheet (03/26/08)