UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 2, 2008                          **JUDGE:**  Phyllis J. Hamilton

**Case No:**  CR-08-358 PJH

**Case Name:**    UNITED STATES   v.   CLARENCE R. TOMLIN (Present)

**Attorney for Plaintiff:**    Owen Martikin
**Attorney for Defendant:**  Barry Portman

**Deputy Clerk:**  Nichole Heuerman                    **Court Reporter**: Kathy Wyatt

**PROCEEDINGS**

   Trial Setting-Held.  The parties joint request to continue the matter a few more weeks to allow the government an opportunity to produce a video tape is granted by the court.  Time is excluded from 7/2/08 to 7/23/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** July 23, 2008 at 2:30 p.m. for Trial Setting.

-------------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 7/2/08 Ends 7/23/08
-------------------------------------------------------------------------------------------------------------------------

**cc:**    chambers