UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 23, 2008  **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-358 PJH

**Case Name:**   UNITED STATES   v.   CLARENCE R. TOMLIN (Present)

**Attorney for Plaintiff:**   Owen Martikin
**Attorney for Defendant:**   Barry Portman

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Jim Yeomans

**PROCEEDINGS**

Trial Setting-Held.  The government informs the court that additional time is needed to determine if there is enough evidence to go forward with count two in light of the recent 9th circuit decision in US v. Lopez.  Time is excluded from 7/23/08 to 8/6/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** August 6, 2008 at 2:30 p.m. for Trial Setting.

-----------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 7/23/08 Ends 8/6/08
-----------------------------------------------------------------------------------------------------------------------

**cc:**    chambers