JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7241
   Facsimile: (415) 436-7234
   owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 08-0358 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |
| v. | |
| CLARENCE RUSTY TOMLIN, | |
| Defendant. | |

    On July 2, 2008 and July 23, 2008, the parties in this case appeared before the Court for status conferences. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from July 2, 2008, through August 6, 2008, for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public

//

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR08-0358 PJH

1  and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

4                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney

6  DATED: 7/31/08
                                           OWEN P. MARTIKAN
7                                          Assistant United States Attorney

9  DATED: 7/31/08
                                           BARRY J. PORTMAN
10                                         Federal Public Defender
                                           Attorney for Clarence Rusty Tomlin

13                              [~~PROPOSED~~] ORDER

14     As the Court found on July 2, 2008, and July 23, 2008, and for the reasons stated above, an

15  exclusion of time from July 2, 2008, through August 6, 2008, is warranted because the ends of

16  justice served by the continuance outweigh the best interests of the public and the defendant in a

17  speedy trial. *See* 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance

18  would deny defense counsel the reasonable time necessary for effective preparation, taking into

19  account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C.

20  §3161(h)(8)(B)(iv).

22  SO ORDERED.

24  DATED: 8/4/08
                                           
                                           HON.
                                           United
                                           Judge Phyllis J. Hamilton

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR08-0358 PJH