UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: August 6, 2008**                                                  **JUDGE:  Phyllis J. Hamilton**

Case No:  CR-08-358 PJH

Case Name:    UNITED STATES   v.   CLARENCE R. TOMLIN (Present)

**Attorney for Plaintiff:**    Owen Martikin
**Attorney for Defendant:**    Barry Portman

**Deputy Clerk:**  Nichole Heuerman                **Court Reporter**: Margo Gurule

**PROCEEDINGS**

     Trial Setting-Held.  The government informs the court that it may be filing a superseding indictment.  Defense counsel informs the court that he would like to set a trial date.  The speedy trial deadline is 10/15/08.  The matter will be continued to see if the government will file the superseding indictment.  Time is excluded from 8/6/08 to 9/17/08 for continuity of counsel and effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: September 17, 2008 at 2:30 p.m. for Trial Setting**.

--------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 8/6/08 Ends 9/17/08
--------------------------------------------------------------------------------------------------------------------

**cc:**    chambers