1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant TOMLIN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       )   No. CR 08-0358 PJH (BZ)
                                     )
12 |             Plaintiff,           )   STIPULATION AND [PROPOSED]
                                     )   ORDER MODIFYING CONDITIONS OF
13 | v.                              )   PRETRIAL RELEASE
                                     )
14 | CLARENCE TOMLIN,                )
                                     )
15 |             Defendant.          )
   |_____)
16

17         Defendant Clarence Tomlin has been on supervised release since June 3, 2008. Since

18 that time, he has been under the supervision of the Pretrial Services Office. One of the

19 conditions of his supervision is that he participate in random drug testing, which requires that he

20 call-in for drug testing every day and randomly submit to drug testing. Mr. Tomlin has regularly

21 made those calls, and regularly attended his drug testing. All of his drug tests have been

22 negative. Additionally, there is no indication that Mr. Tomlin has any history of substance

23 abuse.

24         The parties jointly stipulate and request that the condition of pretrial supervision

25 requiring drug testing be held in abeyance, and that Mr. Tomlin be required to submit to drug

26 testing at the discretion of the pretrial services officer.

*US v. Clarence Tomlin;*
Case No. CR 08-358 PJH (BZ)              1

1  Mr. Tomlin's Pretrial Services Officer, Rich Sarlatte, has no objection to this

2 modification of the conditions of pretrial release.

3  IT IS SO STIPULATED.

4

5  March 18, 2009                                     /s
  DATED                                           OWEN MARTIKAN
                                                  Assistant United States Attorney

6

7

8  March 18, 2009                                     /s
  DATED                                           JODI LINKER
                                                  Assistant Federal Public Defender

9

10

11  IT IS SO ORDERED.

12  March 18, 2009
  DATED                                           BERNARD ZIMMERMAN

13                                                   UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

*US v. Clarence Tomlin;*
Case No. CR 08-358 PJH (BZ)                 2